In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES T. M. BLEAKLEY, Respondent, v. JAMES J. SEXTON and Others,

* Motion for leave to appeal denied, 263 N. Y. 667.

Appellants.*— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.